UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-25039-CIV-KING

CARLOS HELIEL VAIL LUX, and
ALVARO GAMALIEL VAIL LUX,

      Plaintiffs,

vs.

RCH LAWN MAINTENANCE, LLC, and
SETH HOROWYTZ,

      Defendants.
_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE TORRES FOR SETTLEMENT CONFERENCE

**THIS CAUSE** came before the Court upon *sua sponte* review of the record. This is a Fair Labor Standards Act case in which Plaintiff(s) seeks unpaid wages.

In order to assist the Court in the management of the case, and in an effort to foster its early and cost effective resolution, it is hereby **ORDERED**:

1. Plaintiff(s) shall file a Statement of Claim (the "Statement") setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (e.g., overtime or regular) **within twenty (20) days** of the date of this Order. The Statement shall also include all attorney's fees and costs incurred to date. With respect to attorney's fees, the Statement shall include the hourly rate sought and the number of hours expended by each person billing time. Plaintiff(s) shall promptly serve a copy of this Notice, the Statement, and copies of all documents supporting Plaintiff(s)'s claims (e.g., time sheets, pay stubs, etc.) on Defendant(s)'s counsel when counsel for Defendant(s) first appears in the case, or at the time of filing if Defendant(s)'s counsel has already appeared.

2. Defendant(s) shall file a Response **within fifteen (15) days** of receiving service of the Statement. Defendant(s)'s Response shall set forth in detail any defenses to Plaintiff(s)'s claims and Defendant(s) shall serve copies of any documents which support such defenses on Plaintiff(s)'s counsel.

3. <u>Referral to Magistrate for Settlement Conference</u>. Pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida, the Parties shall conduct a Settlement Conference before Magistrate Judge Edwin G. Torres **within twenty (20) days** after the date that the Defendant(s)'s Response is due. Plaintiff(s)'s counsel must confer with defense counsel and contact the Chambers of Magistrate Judge Torres on or before the date that Defendant(s)'s Response is due to schedule a date for the Settlement Conference. The Settlement Conference deadline may not be extended without prior approval from Magistrate Judge Torres. Absent an extension from Magistrate Judge Torres, the Settlement Conference shall be held **within fifty-five (55) days** of the date of this Notice. If a settlement is achieved during the Settlement Conference, the Parties may, pursuant to 28 U.S.C. § 636 (c), consent to allow Magistrate Judge Torres to evaluate the proposed settlement agreement and dispose of the case. If no settlement is reached, the Parties shall file a Joint Scheduling Report **within fourteen (14) days** after the Settlement Conference.

4. <u>Consent to Magistrate for Disposition of Case</u>. Pursuant to 28 U.S.C. § 636(c) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Parties may consent to the conduct of all further proceedings in this case, including jury or non-jury trial and the entry of a final judgment, by Magistrate Judge Torres. If the Parties consent, the action shall be referred to Magistrate Judge Torres for disposition and the above-referenced settlement conference shall be held before a different Magistrate Judge, as designated by the Court. The

Parties shall confer regarding the consent to proceed in front of Magistrate Judge Torres and jointly file a **written response** indicating whether they jointly consent to proceed in front of Magistrate Judge Torres **within ten (10) days** after Defendant(s)'s Response is due.[1]

5. Except as provided under Local Rule 16.2.E for public-sector entities, the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory. Appearance shall be in person; telephonic appearance is prohibited. If insurance is involved, an adjustor with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

6. All discussions, representations and statements made at the mediation conference shall be confidential and privileged. Nothing disclosed in the settlement conference can be used for any purpose except settlement.

7. <u>Settlement</u>. If this case is settled, counsel must inform the Court **within three (3) days** by calling Chambers. If the settlement occurs during or following mediation and the Parties do not consent to the evaluation of the settlement by Magistrate Judge Torres, Magistrate Judge Torres shall prepare a report and recommendation ("R&R") as to whether the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA issues. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Any Objections to Magistrate Judge Torres' R&R shall be filed **within five (5) days**.

8. <u>Collective Actions</u>. If this action purports to be a collective action, Plaintiffs shall move for conditional certification of the collective **within ten (10) days** of the date that any Defendant files an **Answer to the Complaint**. Further, the deadline to add opt-in Plaintiffs shall be **sixty (60) days** from the date Plaintiffs' motion for conditional certification is granted.

---

[1] Should any Party **not** consent to disposition by Magistrate Judge Torres, the response **should not** indicate which Party refused to consent.

9. <u>Non-Compliance with Order</u>. Non-compliance with any provision of this Order, the Federal Rules of Civil Procedures, and/or the Local Rules of Court, may subject the offending party to sanctions, dismissal, or summary denial of any motion to proceed as a collective action. It is the duty of all counsel to take all actions necessary to comply with this Order to ensure an expeditious resolution of this matter.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 24th day of January, 2017.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**Cc:** **Magistrate Judge Edwin G. Torres**
**All Counsel of Record**