UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-25039-CIV-JLK

CARLOS HELIEL VAIL LUX, ALVARO )
GAMALIEL VAIL LUX, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
         Plaintiffs, )
  vs. )
)
RCH LAWN MAINTENANCE LLC, )
SETH HOROWYTZ, )
)
         Defendants. )
_____ )

## PLAINTIFFS' STATEMENT OF CLAIM

Plaintiffs, by and through the undersigned counsel, hereby files their Statement of Claim pursuant to this Court's Notice of Court Practice, and states as follows:

CARLOS HELIEL VAIL LUX
Period Claimed: 05/1/15-11/30/16
    Weeks: 82 weeks
    Hours (worked per week): 48 hours
    Overtime hours per week: 8
    Hourly Rate: $18.00
    **Total overtime wages unpaid and liquidated damages: $11,808.00 x 2 = $23,616.00**

ALVARO GAMALIEL VAIL LUX
Period Claimed: 05/1/15-11/30/16
    Weeks: 82 weeks
    Hours (worked per week): 48 hours
    Overtime hours per week: 8
    Hourly Rate: $19.50
    **Total overtime wages unpaid and liquidated damages: $12,792.00 x 2 = $25,584.00**

Fees/costs:
J.H. Zidell, Esq.: 1.6 hours X 390 hr = $624.00
Rivkah Jaff, Esq.: 0.6 hours X 260 hr = $156.00
Bruno A. Garofalo, Esq.: 0.6 hours X 250 hr = $150.00
**Costs: $530.00**

*Plaintiff seeks all fees and costs under the FLSA.

                                              Respectfully submitted,

                                              Bruno A. Garofalo, Esq.
                                              J. H. Zidell, P.A.
                                              300-71st Street, Suite 605
                                              Miami Beach, Florida 33141
                                              Phone: 305-865-6766
                                              Fax: 305-865-7167

                                By: *Bruno A. Garofalo*
                                              Bruno A. Garofalo, Esq.
                                              Florida Bar No.: 0122023

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on Monday, February 13, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                           **BY:** *Bruno A. Garofalo*
                                     Bruno A. Garofalo, Esq.

**SERVICE LIST**

Daniel R. Levine, Esquire
E-Mail: DRL@PBL-Law.com
Padula Bennardo Levine, LLP
101 Plaza Real South, Suite 207
Boca Raton, FL 33432
Telephone: (561) 544-8900
Facsimile: (561) 544-8999