UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23012-CIV-JEM

ROBERTO CALIMANO RODRIGUEZ, and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
)
      Plaintiffs, )
vs. )
)
)
RCH LAWN MAINTENANCE LLC, )
SETH HOROWYTZ, )
)
)
      Defendants. )

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

    **COMES NOW** Plaintiff, by and through undersigned counsel, and hereby lists the following entities and/or persons known by Plaintiff who may have financial interest in the outcome of this action:

    1.    Plaintiff ROBERTO CALIMANO RODRIGUEZ;

    2.    Defendant RCH LAWN MAINTENANCE LLC;

    3.    Defendant SETH HOROWYTZ;

    4.    L.G. PROPERTY MAINTENANCE, LLC[1];

    5.    Plaintiff's counsel, J.H. ZIDELL, ESQ. and his firm J.H. ZIDELL P.A.

---

[1] L.G. PROPERTY MAINTENANCE, LLC is listed herein because, as set forth in the Complaint, it is a predecessor of the Defendant RCH LAWN MAINTENANCE LLC.  Currently RCH LAWN MAINTENANCE LLC is considered to be the liable successor company, and therefore L.G. PROPERTY MAINTENANCE, LLC is not currently a named Defendant.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**FBN: 0123870**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 8/15/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**