UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-25039-JLK (King/Torres)

CARLOS HELIEL VAIL LUX, ALVARO
GAMALIEL VAIL LUX, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

RCH LAWN MAINTENANCE LLC,
SETH HOROWYTZ,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS'** *UNOPPOSED* **MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT PRE-TRIAL STIPULATION AND TO POSTPONE FINAL PRE-TRIAL CONFERENCE**

THIS CAUSE is before the Court upon Defendants' motion for enlargement of time to file joint pre-trial stipulation and to postpone final pre-trial conference, and the Court having reviewed the motion and the file in this cause, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendants' motion for enlargement of time to file joint pre-trial stipulation and to postpone final pre-trial conference is GRANTED. The joint pre-trial stipulation shall be filed by Thursday, December 14, 2017. Additionally, the Pretrial Conference presently scheduled for December 8, 2017 is hereby Continued to January 5, 2018 at 10:30 a.m.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this

1

1st day of December, 2017.

_____
JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT

Copies furnished to:
JUDGE
All counsel of record