UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-25039-CIV-JLK

CARLOS HELIEL VAIL LUX, ALVARO )
GAMALIEL VAIL LUX, and all others )
similarly situated under 29 U.S.C. 216(b), )
             )
    Plaintiffs, )
vs. )
             )
RCH LAWN MAINTENANCE LLC, )
SETH HOROWYTZ, )
             )
    Defendants. )
_____ )

## PLAINTIFF'S AMENDED TRIAL WITNESS LIST

  Now come the Plaintiff(s), through the undersigned, and list the following trial witnesses.

CARLOS HELIEL VAIL LUX.  C/o Plaintiffs' counsel.   Intend to call.

ALVARO GAMALIEL VAIL LUX.  C/o Plaintiffs' counsel. Intend to call.

The 30(b)(6) corporate representative(s) of RCH LAWN MAINTENANCE LLC.  C/o Defendants' counsel.   Intend to call.

SETH HOROWYTZ.  C/o Defendants' counsel.   Intend to call.

ALEX POULSEN.  Address unconfirmed.  May call.

ROBERTO CHULO.  Address unconfirmed. May call.

MANUEL CHULO.  Address unconfirmed. May call.

ROBERTO CALIMANO RODRIGUEZ.  C/o Plaintiffs' counsel.  Intend to call.

DANNY PEREZ DELGADO.  C/o Plaintiffs' counsel.   Intend to call.

HABER ALVARENADO.  9858 Glades Road, Ste. 163.  Boca Raton, FL.  May call.

MAIKEL SARRACENT ALDANA.  C/o Plaintiffs' counsel.   Intend to call.

1

2

Any witness listed by either party in *Rodriguez v. RCH Lawn*, 17-23012-CIV-JEM.

Plaintiff(s) reserves to call any witnesses listed by Defendants without waiving objections.

All impeachment and rebuttal witnesses.