IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-25039-CV-KING

CARLOS HELIEL VAIL LUX,
ALVARO GAMALIEL VAIL LUX,
And all others similarly situated under
29 U.S.C. 216(b),

    Plaintiffs,

v.

RCH LAWN MAINTENANCE LLC,
SETH HOROWYTZ,

    Defendants.
_____/

## ORDER ON PLAINTIFFS' MOTION FOR ORDER IN LIMINE

THIS CAUSE comes before the Court upon the Plaintiffs' Motion for Order in Limine (DE #34) filed on March 7, 2018.

As the parties are aware, the Scheduling Order (DE #12) was issued on January 24, 2017. Pursuant to Federal Rule of Civil Procedure 26(a)(3) and Southern District of Florida Local Rules 16.1.D and 16.1.E, the parties are required to meet and discuss these issues prior to the pre-trial conference. Specifically, Local Rule 16.1.D states that "counsel shall meet at a mutually convenient time and place" in order to discuss the issues related to trial. *See* S. D. Fla. L. R. 16.1.D. Local Rule 16.1.E further provides that "[i]t shall be the duty of counsel to see that the pretrial stipulation is drawn" that includes, among other issues, "[a] list of all undisposed motions or other matters requiring action by the Court." *See* S. D. Fla. L. R. 16.1.E.

1

While the Plaintiffs states that the reason for its belated motion is that it recently became aware of these issues, a review of the Joint Pre-Trial Stipulation (DE #30), filed on December 14, 2017, shows the contrary. Under the "Plaintiff's 'Statement' Regarding Certain Trial Issues," Plaintiffs raises the very issues that serve the basis for their belated motion. In other words, Plaintiffs were aware that those issues would need to be addressed prior to trial yet waited until approximately a week and a half before trial, to file its Motion on March 7, 2018.

The Plaintiffs' Motion for Order in Limine is not timely since the motion practice deadline was October 9, 2017. The Scheduling Order clearly states that all motions should have been filed on or before October 9, 2017. If the Court is to consider Plaintiffs' belated Motion for Order in Limine, the Court must then give Defendants an opportunity to file their Response and allow Plaintiffs its opportunity to file a Reply. Thereafter, the Court needs additional time in order to consider the parties' briefs. This pleading schedule would put us well past the trial date of March 19, 2018.

The Plaintiffs' motion raises what could be serious issues, which deserve consideration and research. Accordingly, after careful consideration and the Court being otherwise fully advised, it is

**ORDERED, ADJUDGED,** and **DECREED** that the Court will consider the Plaintiff's Motion for Order in Limine. The Parties are directed to file their respective responsive pleadings.

It is further **ORDERED, ADJUDGED,** and **DECREED** that this case is removed from the Court's trial calendar commencing on March 19, 2018. Given the briefing

schedule, the Calendar Call presently scheduled for March 15, 2018 and trial date commencing on March 19, 2018, are both **POSTPONED** until further order of the Court.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 9th day of March, 2018.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:

**Counsel for Plaintiffs**

**Alejandro Guillermo Martinez-Maldonado**
J.H Zidell PA
300 71st. Suite 605
Miami Beach, Fl 33141
305-865-6766
Fax: 305-865-7167
Email: amartinez29law@gmail.com

**Bruno Andre Garofalo**
J. H. ZIDELL, P.A.
300 71ST STREET, SUITE 605
MIAMI BEACH, FL 33141
3058656766
Email: bruno.garofalo.esq@gmail.com

**Joshua Howard Sheskin**
Lubell Rosen
200 South Andrews Ave.
Suite 900
Ft. Lauderdale, FL 33301
954-880-9500
Fax: 954-755-2993
Email: jhs@lubellrosen.com

**K. David Kelly**
J.H. Zidell, PA

3

300 71st Street, Ste. 605
Miami Beach, FL 33141
305-865-6766
Email: david.kelly38@rocketmail.com

**Natalie Ann Staroschak**
J.H. Zidell, P.A.
City National Bank
300 71st St. #605
Miami Beach, FL 33141
305-865-6766
Email: nstar.zidellpa@gmail.com

**Rivkah Fay Jaff**
J.H. Zidell, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
(305) 865-6766
Email: Rivkah.Jaff@gmail.com

**Jamie H. Zidell**
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 865-7167

## Counsel for Defendants

**Daniel R. Levine**
Padula Bennardo Levine, LLP
3837 NW Boca Raton Blvd.
Suite 200
Boca Raton, FL 33431
561-544-8900
Fax: 561-544-8999
Email: DRL@PBL-Law.com