UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-25039-CIV-KING

CARLOS HELIEL VAIL LUX, *and all other similarly situated under 29 U.S.C. 216(b)*, ALVARO GAMALIEL VAIL LUX, *and all other similarly situated under 29 U.S.C. 216(b)*,

Plaintiffs,

v.

RCH LAWN MAINTENANCE, LLC,
SETH HOROWYTZ,

Defendants.
_____/

**ORDER SETTING
TRIAL: JULY 9, 2018**

IT IS ORDERED and ADJUDGED that the above-styled cause is hereby reset for trial on the two-week trial calendar commencing **July 9, 2018**, at **9:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

## CALENDAR CALL

In order to make sure that cases set on this calendar are completely ready for trial and that all matters which might be a cause of delay of the trial have been ruled upon, the Court hereby schedules a **calendar call** for **July 5, 2018**, at **10:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida. All Defendants, whether in pre-trial custody or released on bond,

must be present for this calendar call.

Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set has priority over the service of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F. 2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial scheduled setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict free-for this case.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 16th day of April, 2018.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
***Counsel for Plaintiff:***

**Alejandro Guillermo Martinez-Maldonado**
J.H Zidell PA
300 71st. Suite 605
Miami Beach, Fl 33141
305-865-6766
Fax: 305-865-7167
Email: amartinez29law@gmail.com

**Bruno Andre Garofalo**
J. H. ZIDELL, P.A.
300-71ST STREET, SUITE 605
MIAMI BEACH, FL 33141
3058656766
Email: bruno.garofalo.esq@gmail.com

**K. David Kelly**
J.H. Zidell, PA
J.H. Zidell, PA
300 71st Street, Ste. 605
Miami Beach, FL 33141
305-865-6766
Email: david.kelly38@rocketmail.com

**Natalie Ann Staroschak**
J.H. Zidell, P.A.
300 71st St.
Suite 605
Miami Beach, FL 33141
305-865-6766
Email: nstar.zidellpa@gmail.com

**Rivkah Fay Jaff**
J.H. Zidell, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
(305) 865-6766
Email: Rivkah.Jaff@gmail.com

**Jamie H. Zidell**
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 865-7167
Email: ZABOGADO@AOL.COM

3

*Counsel for Defendant:*

**Daniel R. Levine**
Padula Bennardo Levine, LLP
3837 NW Boca Raton Blvd.
Suite 200
Boca Raton, FL 33431
561-544-8900
Fax: 561-544-8999
Email: DRL@PBL-Law.com