# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## <u>CIVIL MINUTES</u>

<u>CARLOS HELIEL VAIL LUX</u>              Case No. 1<u>6-25039-CIV-KING</u>
<u>ALVARO GAMALIEL VAIL LUX</u>      Date      <u>August 24, 2006</u>

vs.
<u>RCH LAWN MAINTENANCE, LLC</u>              JUDGE JAMES LAWRENCE KING
SETH HOROWYTZ

DEPUTY CLERK: Warren Condon      COURT REPORTER: William Romanishin

**TYPE OF PROCEEDING: CALENDAR CALL HEARING**

Scheduling Conference      __          Status Conference          __
Pre-Trial Conference         <u>X</u>          Motion Hearing             __

Counsel for Plaintiff: <u>K. David Kelly, Esq. and Neil Tobak, Esq.</u>
Counsel for Defendant: <u>Daniel R. Levine      Esq.</u>

Motion:   Plaintiffs' Motion To Compel Individual Defendant Seth Horowytz to attend trial
including Plaintiff's case in chief (DE# 56)

Ruling:       Taken Under Advisement

DISCOVERY CUT OFF DATE:  _____
PRE-TRIAL MOTIONS FILED BY:  _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR:  _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION:   MIAMI/KEY WEST
TRIAL CONTINUED TO:         _____

- ▪   Calendar Call Hearing held.
- ▪   The Court reviewed the issues to be raised during the trial, and all witnesses to
   be called during the trial.
- ▪   The Court heard discussion on the Plaintiff's Motion to Compel and took the
   matter under advisement.
- ▪   Both sides ready for trial.
- ▪   Trial will begin Monday, July 9, 2018 at 9:30 AM in Miami.
- ▪   The Court advised the parties to notify the Court of any settlement by 4:00 p.m.

on Friday, July 6, 2018.