✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA  DISTRICT OF  MIAMI DIVISION

LUX ET AT

V.

RCH LAWN MAINTENANCE

**PLAINTIFF'S AMENDED EXHIBIT LIST**

Case Number: 16-25039

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| LAWRENCE KING | K. DAVID KELLY | DANIEL R. LEVINE |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Pay stubs Produced by Plaintiff from 2015 to 2016 |
| 2 | | H,I,UP | | | Defendants's Response to Plaintiffs' First Request for Admissions. |
| 3 | | H, I, UP | | | Defendants's Notice of Service of Verified answers and objections to Plaintiff's interrogatories. |
| 4 | | H,I, UP | | | Defendant's Reponse to Plaintiffs' First request for production. |
| 5 | | | | | Dft produced documents: Employee's earnings record from 01/01/16-03/08/17 (RCH 1-4) |
| 6 | | | | | Text Messages between Carlos Lux and Employer. (RCH 5-22) |
| 7 | | | | | Plaintiff's w-2 forms for Tax year 2016 (RCH 23-24) |
| 8 | | | | | Dft's procuded documents: Employee's detail earnings from 07/10/2015 - 9/18/2015 (RCH 25-26) |
| 9 | | | | | Dft's produced documents: Alvaro Lux pay stubs from 5/16/16 - 11/14/16 (RCH 27-51) |
| 10 | | | | | Dft's produced documents: Employee earnings record (Alvaro) 01/01/15-12/31/16 (RCH 52-55) |
| 11 | | | | | Dft's produced documents: Carlos Lux pay stubs from 5/16/16 - 11/14/16 (RCH 56-82) |
| 12 | | | | | Dft's produced documents: Employee earnings record (Carlos) 01/01/15-12/31/16 (RCH 83-86) |
| 13 | | | | | Dft's produced documents: Plaintiff's 2015 W-2 Wage and Tax Statement. (RCH 87-88) |
| 14 | | | | | Dft's produced documents: GPS Tracking Records (RCH 89-175) |
| 14A | | | | | Summary of GPS Tracking Records Produced by Defendants |
| 15 | | H,I,UP | | | Defendant's Second supplemental response to Plaintiff request for production. |
| 16 | | H,I,UP | | | Defendant's Third supplemental response to Plaintiff request for production. |
| 17 | | R,H,A,I, UP | | | Rodriguez v. RCH Lawn. Case 17-23012 Docket sheet |
| 18 | | | | | Lux v. RCH Lawn. Case 16-25039 Plaintiffs' complaint. |
| 19 | | | | | Lux v. RCH Lawn. Case 16-25039 Defendants' answer |
| 20 | | | | | Plaintiffs' Statement of claim, redacted as to fees and liquidated damages. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | LUX ET AT | | vs. | RCH LAWN MAINTENANCE | CASE NO. 16-25039 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 21 | | R,H,A,I,UP | | | Stipulation on employment relationship filed in Rodriguez v. RCH Lawn on [D.E. 50] |
| 22 | | R,H,A,I,UP | | | Closing Agreement between AP Lawncare, LLC and LG Property Maintenance Inc. |
| 23 | | R,H,A,I,UP | | | Any exhibits listed by either party in *Rodriguez v. RCH Lawn, 17-23012-civ-JEM* |
| 24 | | | | | Plaintiff(s) reserves to introduce any exhibits listed by defendants without waiving objections. |
| 25 | | | | | Any impeachment and rebuttal exhibits. |

Page   2   of   2   Pages