AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     FLORIDA

| CARLOS HELEIL VAIL LUX, ALVARO GAMALIEL VAIL LUX, V. RCH LAWN MAINTENANCE, LLC, SETH HOROWITZ, | **EXHIBIT AND WITNESS LIST** Case Number: 16-25039-CIV-KING |
|---|---|

| PRESIDING JUDGE<br>JAMES LAWRENCE KING | PLAINTIFF'S ATTORNEY<br>Jamie H. Zidell, Esq. Neil Tobak, | DEFENDANT'S ATTORNEY<br>Daniel R. Levine, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>July 9, 2018 - July 11, 2018 | COURT REPORTER<br>Tammy Nestor | COURTROOM DEPUTY<br>Joyce M. Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 7/9/2018 | | | Seth Horowytz (Sworn) (Adverse Party) |
| 14 | | 7/9/2018 | ✓ | 7/9/2018 | GPS documents |
| 14a | | 7/9/2018 | ✓ | 7/9/2018 | Summary of GPS documents |
| 1 | | 7/9/2018 | ✓ | 7/9/2018 | Pay stubs produced by Plaintiff from 2015 to 2016 |
| 8 | | 7/9/2018 | ✓ | 7/9/2018 | Employee's detail earnings from 7/10/2015 to 9/18/20015 (produced by Defendant) |
| | 1 | 7/9/2018 | ✓ | 7/9/2018 | Text messages between Carlos Vail Lux and Seth Horowytz |
| | 2 | 7/9/2018 | ✓ | 7/9/2018 | Text messages between Alvaro "Chula" Vail Lux and Seth Horowytz |
| ✓ | | 7/10/2018 | | | Lazaro Revello (Sworn) |
| ✓ | | 7/10/2018 | | | Danny Perez Delgado (Sworn) |
| ✓ | | 7/10/2018 | | | Carlos Heliel Vail Lux (Sworn) |
| | 3 | 7/10/2018 | ✓✓ | ID only | Plaintiff's Exhibit #20 (Statement of Claims D.E. #13) |
| ✓ | | 7/10/2018 | | | Alvaro Gamaliel Vail Lux (Sworn) |
| | | 7/10/2018 | | | Court Exhibit #1 (Proffer of Preparation of GPS Excel Chart Exhibit 14A) |
| 5 | | 7/10/2018 | ✓ | 7/10/2018 | Employee Earning Records 1/1/16 - 3/8/17 |
| 8 | | 7/10/2018 | ✓ | 7/10/2018 | Employee Detail Ernings |
| 9 | | 7/10/2018 | ✓ | 7/10/2018 | Payrolls by Paycheck, Inc Records |
| | ✓ | 7/11/2018 | | | Seth Horowytz (Sworn) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

*TRANSFER OF PREDICATE FOR SUM. OF π EX 14A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-25039-CIV-JLK

CARLOS HELIEL VAIL LUX, ALVARO )
GAMALIEL VAIL LUX, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
Plaintiffs, )
vs. )
)
RCH LAWN MAINTENANCE LLC, )
SETH HOROWYTZ, )
)
Defendants. )
_____ )

**COURT EXHIBIT**

CASE NO. 16-25039-CV
EXHIBIT NO. 1
7/10/18

## PLAINTIFFS' COUNSEL'S PREPARATION OF GPS EXCEL CHART EXHIBIT 14A

Plaintiffs' counsel, Neil Tobak, Esq. assisted by Rivkah Jaff, Esq. and Natalie Starochak, Esq., has prepared a summary Excel Spreadsheet labeled as Plaintiffs' exhibit 14A which summarizes the entries from Defendants' GPS records for business vehicles driven during the relevant time period. The following is how the Excel Spreadsheet was created:

Plaintiffs' Counsel were provided with Defendants' GPS records from Defendants' Counsel, Bate Stamp Numbers RCH Lawn 00089 through to and including 00175, however said documents were illegible. Plaintiffs' counsel enlarged the documents so that they were legible.

Plaintiffs' counsel identified a total of 4 vehicles used by the Defendants during the time period beginning June 29th, 2016 to December 2nd, 2016 based on the GPS records:

- Red Chevy Truck;
- White Dump Truck
- Irrigation Van
- Miami 4 door Isuzu

Plaintiffs' counsel then input the date and start and end time of each vehicle into an Excel Spreadsheet for each day shown in the GPS records. Utilizing a yearly calendar, Plaintiffs' counsel was able to identify what day of the week each entry was for. Plaintiffs' counsel then calculated the total hours worked in each workweek and recorded this information in the chart on a weekly-basis. The Excel Spreadsheet reflects the total amount of hours per week for each vehicle. This weekly total was derived based on the daily start and stop times in the GPS records produced by Defendants.