IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-25039-JLK

CARLOS HELIEL VAIL LUX and
ALVARO GAMALIEL VAIL LUX,

    Plaintiffs,

vs.

RCH LAWN MAINTENANCE, LLC and
SETH HOROWYTZ,

    Defendants.
_____/

## **VERDICT FORM**

**Do you find from a preponderance of the evidence:**

1) That the Plaintiff Carlos Heliel Vail Lux worked compensable overtime hours during one or more weeks during his employment with RCH Lawn Maintenance for which he was not properly paid?

Answer Yes or No __YES__

2) That the Plaintiff Alvaro Gamaliel Vail Lux worked compensable overtime hours during one or more weeks during his employment with RCH Lawn Maintenance for which he was not properly paid?

Answer Yes or No __YES__

If your answers to both questions 1 and 2 are "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer to either question 1 or 2 is "Yes,", please answer the next question.

3) How many approximate weeks/hours did Carlos Heliel Vail Lux work compensable overtime hours for which he was not properly paid?

Weeks __45__

Overtime Hours Per Week __6__

4) How many approximate weeks/hours did Alvaro Gamaliel Vail Lux work compensable overtime hours for which he was not properly paid?

Weeks __45__

Overtime Hours Per Week __4__

SO SAY WE ALL

/s/ Foreperson

DATE: __7/11/18__