UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-25039-CIV-KING

CARLOS HELIEL VAIL LUX,
ALVARO GAMALIEL VAIL LUX,

    Plaintiffs,

vs.

RCH LAWN MAINTENANCE, LLC,
SETH HOROWYTZ,

    Defendants.
_____/

### STIPULATION PERMITTING WITHDRAWAL OF EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in the cause, and each does hereby release the Clerk of Court from further responsibility.

DATED: July 11, 2018

_____
Counsel for Plaintiff
Jamie H. Zidell, Esq.

_____
Counsel for Defendant
Daniel R. Levine, Esq.

Stipulated hereinabove approved this 12 day of July, 2018.

_____
JAMES LAWRENCE KING
U.S. District Judge