UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-25039-JLK

CARLOS HELIEL VAIL LUX, ALVARO
GAMALIEL VAIL LUX, and all others
similarly situated under 29 U.S.C. 216(b),

      Plaintiffs,

vs.

RCH LAWN MAINTENANCE LLC,
SETH HOROWYTZ,

      Defendants.

_____/

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR LIQUIDATED DAMAGES

Defendants, RCH LAWN MAINTENANCE LLC and SETH HOROWYTZ, by and through undersigned counsel, pursuant to applicable rules of civil procedure and this Court's local rules, hereby move this Court for an enlargement of time to respond to Plaintiffs' motion for imposition of liquidated damages, and in support of this motion, state as follows:

1.      On or about July 11, 2018, following a three (3) day jury trial, a verdict was returned in favor of the Plaintiffs [DE 74].

2.      On or about July 12, 2018, the Plaintiffs filed their motion for imposition of liquidated damages [DE 76].

3.      Defendants' response to Plaintiffs' motion for imposition of liquidated damages is due today, July 26, 2018.

4.      Defendants have retained bankruptcy counsel and intend to file for Chapter 11 bankruptcy protection, on behalf of the corporate and individual defendants.  Defendants and their

bankruptcy counsel currently are working diligently to prepare the appropriate paperwork for the bankruptcy filing, which Defendants anticipate will be filed by next Thursday, August 2, 2018.

5.      Once Defendants file their bankruptcy petitions, the filing operates as a stay, applicable to all parties, of the continuation, of any judicial action or proceeding against the debtors that was commenced before the filing of the bankruptcy petition.

6.      Defendants certainly understand and appreciate that no stay is in place in this case as of the date of filing of this motion.  However, inasmuch as Defendants' intent is to file their bankruptcy petitions by next Thursday, August 2, 2018, Defendants hereby ask this Honorable Court to enlarge the time for Defendants to file their response to the instant motion, so as to conserve the Defendants' limited resources.  Moreover, doing so will also save this Court precious judicial resources, inasmuch as the Court in all likelihood will not need to rule on this motion at this point in time (if ever) once the Defendants have filed their bankruptcy petitions.

7.      Based on the above-described circumstances, Defendants submit that there is good cause for granting an enlargement of time for Defendants to respond to Plaintiffs' motion for imposition of liquidated damages.

8.      No undue prejudice will inure to Plaintiffs, nor are Defendants engaging in any undue delay in terms of requesting this enlargement of time.  In fact, once Defendants file their bankruptcy petitions, Plaintiffs no doubt will request that the bankruptcy court grant them stay relief so as to proceed with the post-trial motions in this case.  Alternatively, Plaintiffs no doubt will be able to request the same relief as they are requesting now through the bankruptcy proceedings.  And, finally, in the highly unlikely event that the Defendants fail to file their bankruptcy petitions by next Thursday, Defendants will file their response to the instant motion forthwith.

## <u>CERTIFICATION PURSUANT TO S.D. FLA. 7.1(a)(3)</u>

9.      Defendants' undersigned counsel hereby certifies that he has conferred with Plaintiffs' counsel, Alejandro Martinez, via email regarding this motion and has been advised that Plaintiffs' counsel **objects** to the relief requested herein.  Quite frankly, putting aside the issue of the anticipated bankruptcy filings, a modest enlargement of time to respond to the Plaintiffs' motion, for what amounts to ten (10) days, hardly is unreasonable under the circumstances and typically is granted in this district as a professional courtesy to practicing attorneys.

WHEREFORE, Defendants respectfully request that this Court grant their motion, enter an order providing an enlargement of time for the Defendants to file a response to Plaintiffs' motion for imposition of liquidated damages, up through and including Monday, August 6, 2018.

Dated:  July 26, 2018                              Respectfully submitted,
       Boca Raton, FL

                                      *s/ Daniel R. Levine*
                                      DANIEL R. LEVINE, ESQ.
                                      Florida Bar No. 0057861
                                      E-mail:  DRL@PBL-Law.com
                                      PADULA BENNARDO LEVINE, LLP
                                      3837 NW Boca Raton Blvd., Suite 200
                                      Boca Raton, FL  33431
                                      Telephone:     (561) 544-8900
                                      Facsimile:      (561) 544-8999
                                        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Carlos Heliel Vail Lux, et al. v. RCH Lawn Maintenance LLC, et al.*
Case No. 1:16-cv-25039-JLK
United States District Court, Southern District of Florida

| | |
|---|---|
| Jamie H. Zidell, Esquire<br>E-Mail:  Zabogado@aol.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:     (305) 865-6766<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:  DRL@PBL-Law.com<br>Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Blvd., Suite 200<br>Boca Raton, FL  33431<br>Telephone:     (561) 544-8900<br>Facsimile:      (561) 544-8999<br>Counsel for Defendants<br>*Via CM/ECF* |
| Neil Tobak, Esquire<br>E-Mail:  ntobak.zidellpa@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:     (305) 865-6766<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Rivkah F. Jaff, Esquire<br>E-Mail:  Rivkah.Jaff@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:     (305) 865-6766<br>Counsel for Plaintiffs<br>*Via CM/ECF* |
| Bruno A. Garofalo, Esquire<br>E-Mail:  bruno.garofalo.esq@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:     (305) 865-6766<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Natalie A. Staroschak, Esquire<br>E-Mail:  nstar.zidellpa@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:     (305) 865-6766<br>Counsel for Plaintiffs<br>*Via CM/ECF* |