IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-25039-CV-KING

CARLOS HELIEL VAIL LUX,
ALVARO GAMALIEL VAIL LUX,
And all others similarly situated under
29 U.S.C. 216(b),

     Plaintiffs,

v.

RCH LAWN MAINTENANCE LLC,
SETH HOROWYTZ,

     Defendants.

_____/

## ORDER STAYING ACTION AND DIRECTING CLERK TO PLACE ABOVE-STYLED ACTION IN SUSPENSE FILE

**THIS CAUSE** comes before the court upon Defendant's Suggestion of Bankruptcy (DE #83), filed August 1, 2018. Therein, Defendant informs the Court that it has initiated Chapter 11 bankruptcy proceedings, Case No. 18-19428-EPK and 18-19430-MAM. By operation of Section 362 of the Bankruptcy Code, the above-styled action is stayed.

Accordingly, after careful review of the record, and the court being otherwise fully advised, it is **ORDERED, DECREED, and ADJUDGED** that:

1. The above-styled action be, and the same is hereby, **STAYED.**

2. All pending motions are **DENIED as moot** without prejudice to re-file if and when appropriate.

3. The Court shall retain jurisdiction over this action and the action shall be restored to the active docket upon motion of a party if circumstances change so that it may proceed to final disposition.

4. The Clerk is **DIRECTED** to place the above-styled action in suspense file.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 7th day of September, 2018.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**cc:** All Counsel of Record